UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV4651**
**JUDGE LEFKOW**
**MAG. JUDGE COX**

In the Matter of Charles R. Pivoney

v.

Retirement Board-Chicago Newspaper Publishers Drivers' Union Pension Plan as Plan Administrator

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles R. Pivoney

| | |
|---|---|
| SIGNATURE | *[signature: Joseph P. Storto]* |
| FIRM | Storto & Finn |
| STREET ADDRESS | 100 W. Green St. |
| CITY/STATE/ZIP | Bensenville, IL 60106 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2748363 | (630) 860-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT